IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

FILED
DEC 1 3 2005
U.S. COURT OF FEDERAL CLAIMS

Action Household Goods Forwarders, Inc., et al.,

Plaintiffs

v.

The United States of America,

Defendant

No. 05-12

# NOTICE OF DIRECTLY-RELATED CASES

This action is directly related to Stevens Van Lines, Inc. et al. v. United States, No. 05-1278C in that it involves the same procurement and similar claims arising from actions of the Surface Deployment and Distribution Command of the Department of the Army.

Assignment of this action to the same judge as the related case and consolidation of the cases for decision will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Alan F. Wohlstetter

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886

Stanley I. Goldman
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Of Counsel

Dated: December 12, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED & FILED
DEC 13 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Action Household Goods Forwarders, Inc., et al.,

Plaintiffs

v.

The United States of America,

Defendant

No. 05-1287C

NOTICE OF DIRECTLY-RELATED CASES

This action is directly related to Stevens Van Lines, Inc. et al. v. United States, No. 05-1278C in that it involves the same procurement and similar claims arising from actions of the Surface Deployment and Distribution Command of the Department of the Army.

Assignment of this action to the same judge as the related case and consolidation of the cases for decision will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886

Stanley I. Goldman
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Of Counsel

Dated: December 12, 2005

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RECEIVED & FILED
DEC 1 3 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Action Household Goods Forwarders, Inc., et al., Plaintiffs v. The United States of America, Defendant | No. |

NOTICE OF DIRECTLY-RELATED CASES

This action is directly related to Stevens Van Lines, Inc. et al. v. United States, No. 05-1278C in that it involves the same procurement and similar claims arising from actions of the Surface Deployment and Distribution Command of the Department of the Army.

Assignment of this action to the same judge as the related case and consolidation of the cases for decision will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Alan F. Wohlstetter

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886

Stanley I. Goldman
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Of Counsel

Dated: December 12, 2005